**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq., Cal. Bar No. 260264
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

**DAVTYAN PROFESSIONAL LAW CORPORATION**
EMIL DAVTYAN, Esq., Cal. Bar No. 299363
emil@davtyanlaw.com
21900 Burbank Blvd, 3rd Floor
Woodland Hills, California 91306
Telephone: (818) 992-2935
Fax: (818) 975-5525

Attorneys for Plaintiff and the Proposed Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ESTES, an individual, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>L3 TECHNOLOGIES, INC.;<br><br>DEFENDANTS. | CASE NO.: 17-cv-02356-H-JMA<br>[Assigned for all purposes to the Hon. Marilyn L. Huff]<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: November 21, 2017 |

**PLEASE TAKE NOTICE** that the Parties in the above-entitled case reached a settlement. The Parties have executed a memorandum of understanding and are in the process of negotiating a long-form settlement agreement. Once finalized, Plaintiff will submit a motion for preliminary approval of the settlement.

DATED: May 21, 2018          KINGSLEY & KINGSLEY, APC

By: /S/ KELSEY M. SZAMET
KELSEY M. SZAMET
Attorneys for Plaintiff and the Proposed Class

NOTICE OF SETTLEMENT