UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ESTES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>L3 TECHNOLOGIES, INC.; L3 UNIDYNE, INC.,<br><br>Defendants. | Case No.:  17CV2356-H(JMA)<br><br>**ORDER SETTING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL** |

After conferring with counsel, the Court hereby orders the motion for preliminary approval of the parties' settlement shall be filed on or before **June 11, 2018**.

**IT IS SO ORDERED**.

Dated:  May 22, 2018

Honorable Jan M. Adler
United States Magistrate Judge