# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ESTES, an individual, on behalf of himself and others similarly situated,<br><br>                     Plaintiff,<br><br>v.<br><br>L3 TECHNOLOGIES, INC.; L3 UNIDYNE, INC.,<br><br>                     Defendants. | Case No.: 17-cv-02356-H-JMA<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>[Doc. No. 23] |

On June 7, 2018, Plaintiff Joseph Estes and Defendants L3 Technologies, Inc., and L3 Unidyne, Inc. (collectively, "the parties"), filed a motion for a two-week extension of time to file their motion for preliminary settlement approval. (Doc. No. 23.) For good cause shown, the Court **GRANTS** the joint motion. Accordingly, the parties must file their motion for preliminary approval on or before **June 25, 2018.**

      **IT IS SO ORDERED.**

DATED: June 7, 2018

                                        MARILYN L. HUFF, District Judge
                                        UNITED STATES DISTRICT COURT