UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ESTES, an individual, on behalf of himself and others similarly situated,<br><br>                                            Plaintiff,<br><br>v.<br><br>L3 TECHNOLOGIES, INC.; L3 UNIDYNE, INC.,<br><br>                                            Defendants. | Case No.: 3:17-CV-02356-H-JMA<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT** |

On June 25, 2018, Plaintiff Joseph Estes filed an unopposed motion seeking provisional class certification, preliminary approval of a proposed class action settlement, approval of a proposed dissemination of class notice, appointment of claims administrator, and a final approval schedule. (Doc. No. 25.) On August 1, 2018, the Court issued an order certifying the class for settlement purposes; approving class notice; appointing a claims administrator; and scheduling a final approval hearing. (Doc. No. 28.) By that same order, the Court granted preliminary approval of the proposed class action settlement, conditioned on the parties submitting evidence of a "driving nexus" between the putative class and the

parties' proposed *cy pres* beneficiaries or submitting an alternative *cy pres* recipient for the Court's review. (Id. at 11-13 (citing Nachshin v. AOL, LLC, 663 F.3d 1034, 1038 (9th Cir. 2011).)

On August 6, 2018, the parties filed supplemental briefing to support Bet Tzedek as an appropriate *cy pres* beneficiary. (Doc. No. 29.) More specifically, the parties presented evidence that Bet Tzedek's Employment Rights Project "seeks to enforce minimum labor standards in the workplace by assisting low-wage workers through a combination of individual representation before the Labor Commissioner, litigation in state and federal court, legislative advocacy, and community education." (Doc. No. 29-1, Hadl Decl. ¶ 5.) The Employment Rights Project works on cases involving, inter alia, wage-and-hour violations and Fair Credit Reporting Act violations. (Id.) In light of this evidence, the Court concludes that the parties have shown that Bet Tzedek is a suitable *cy pres* beneficiary for undistributed settlement funds in this case. Accordingly, the Court grants preliminary approval of the proposed class settlement.

As set forth in the Court's prior order, (Doc. No. 28), the final approval hearing is set for **January 7, 2019**, at **10:30 a.m.** Plaintiff must file any motions for fee awards and incentive awards on or before **October 12, 2018**. Plaintiff must file a motion for final approval of the settlement on or before **December 21, 2018.**

**IT IS SO ORDERED.**

DATED: August 7, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT