UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ESTES, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>L3 TECHNOLOGIES, INC.; and L3 UNIDYNE, INC.,<br><br>Defendants. | Case No.: 3:17-cv-02356-H-LL<br><br>**FINAL JUDGMENT** |

The Court has received and considered the motions of Plaintiff Joseph Estes ("Plaintiff") for preliminary and final approval of the Stipulation of Class Action Settlement Agreement ("Settlement" or "Agreement") entered into between Plaintiff, on behalf of himself and Settlement Classes, on the one hand, and Defendants L3 Technologies, Inc. and L3 Unidyne, Inc. (collectively, "Defendants"), on the other, and has entered the Order for final approval of the Settlement. (Doc. No. 36.)

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:**

1. The Court, having entered an order granting Final Approval of this Settlement, (Doc. No. 36), hereby enters FINAL JUDGMENT in favor of Plaintiff and the Settlement Classes in the amount of $275,000 in accordance with the terms of the Agreement. The Parties are hereby ordered to comply with the terms of the Agreement. Except as set forth in the Agreement and the Final Approval Order, Plaintiff and the Class Members shall take nothing by their First Amended Complaint in this Action.

2. The Parties are to bear their own costs and attorneys' fees except as otherwise provided by the Agreement and the Final Approval Order.

3. Plaintiff and each Class Member has released the Released Claims against Defendants and all of the Released Parties as set forth in the Settlement.

4. This document constitutes a Final Judgment for purposes of Federal Rule of Civil Procedure Rule 58. This Judgment is intended to be a final disposition of the action in its entirety.

5. This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement and this Order.

6. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: January 9, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT